IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN BOWMAN,
    Plaintiff,

vs.                                    Case No. 3:03cv568/RV/EMT

JAMES R. CROSBY, et al.,
    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 26, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's motion for injunctive relief (Doc. 28) is **DENIED**.

    **DONE AND ORDERED** this 6th day of July, 2005.

                                                    /s/ _Roger Vinson_
                                                    **ROGER VINSON**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**