IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN BOWMAN,
    Plaintiff,

vs.                                    Case No.: 3:03cv568/RV/EMT

JAMES CROSBY, et al.,
      Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 21, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

      Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. This action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      3. Plaintiff's Motion for a Preliminary and Permanent Injunction (Doc. 45) is **DENIED as moot**.

      4. The clerk is directed to close the file.

      **DONE AND ORDERED** this 22nd day of November, 2005.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **UNITED STATES SENIOR JUDGE**